**Electronically Filed
Supreme Court
SCPW-10-0000018
18-NOV-2010
01:05 PM**

NO. SCPW-10-0000018

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY, Petitioner,

vs.

DISTRICT COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI,
Respondent.

---

ORIGINAL PROCEEDING
(1SS09-1-0267, 1SS09-1-0268, 1SS09-1-0269,
1SS09-1-0470, 1SS09-1-0471)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.
and Circuit Judge Garibaldi, assigned by reason of vacancy)

Upon consideration of the motion for reconsideration of the November 3, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 18, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Colette Y. Garibaldi

